

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2015

No. 04-15-00143-CV

**IN THE INTEREST OF M.J.A.G.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00911
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal. Appellant's brief was originally due on April 27, 2015. No such brief has been filed.

We, therefore, ORDER appellant's attorney to file appellant's brief on or before **May 19, 2015**. **NO EXTENSIONS WILL BE GRANTED.** If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. FAM. CODE ANN. §107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2015.

_____
Keith E. Hottle
Clerk of Court